Dowdel and Another *v.* Aston and Another.

The statute of 1833, dispensing with a declaration in certain cases, does not apply to an action on a note under seal for the payment of money.

ERROR to the *Parke* Circuit Court.

BLACKFORD, J.—This was an action by *Aston* and *Coffin* against *Dowdel* and *Nugent.* The plaintiffs, instead of filing a declaration, merely filed a note under seal for the payment of a certain sum of money as the cause of action. Upon the calling of the cause, the defendants moved the Court to dismiss

it for the want of a declaration. The Court overruled the motion, and gave judgment for the plaintiffs below.

<div style="float:right;">Nov. Term, 1834.

The only question in this cause is, whether it is necessary, under the statute of 1833, to file a declaration in an action on a writing under seal for the payment of money? It appears to us, that the statute must be confined in its operation to promissory notes; that is, notes not under seal. The statute, in the commencement, speaks of bills or notes; but in a subsequent clause, the meaning is restrained by the reference to promissory notes alone. The remedy is a new one, unknown to the common law, and the statute cannot claim a liberal construction, Bac. Abr. tit. Statute. The judgment must be reversed.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, with leave to file a declaration, &c,

*C. P. Hester*, for the plaintiffs.
*A. S. White*, for the defendants.